### BOREN–STEWART CO. v. MURPHY.

(Court of Civil Appeals of Texas. Dallas. June 1, 1912.)

APPEAL AND ERROR (§ 548*)—REVIEW—STATEMENT OF FACTS.

Assignments of error relating to a question of fact, involving review of the evidence, cannot be considered, in the absence of a statement of facts.

[Ed. Note.—For other cases, see Appeal and Error, Cent. Dig. §§ 2433–2440; Dec. Dig. § 548.*]

Appeal from District Court, Dallas County; J. C. Roberts, Judge.

Action by J. J. Murphy against the Boren-Stewart Company. Judgment for plaintiff, and defendant appeals. Affirmed.

George Sargeant, of Dallas, for appellant. F. F. Lewis, of Dallas, for appellee.

RAINEY, C. J. This is an appeal from an order refusing to dissolve a writ of injunction, issued in favor of appellee, restraining appellant from foreclosing a writ of attachment levied on appellee's land, which was his homestead.

Two errors are assigned by appellant, both relating to questions of fact as to whether or not said land was the homestead of appellee. These assignments involve the review of the evidence adduced on the trial of the case; but there is no statement of facts, the same having been heretofore stricken from the record by this court. Therefore the assignments cannot be considered.

No fundamental error appears of record, and the judgment is affirmed.